UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

GARY BECKMAN,

        Plaintiffs,

-against-

SIEMENS BUILDING TECHNOLOGIES, INC.

        Defendants.

------------------------------------------------------------------ X

JUDGE CASTEL

07 CV 3356

Docket No.:

**Rule 7.1 Statement**

RECEIVED APR 27 2007 U.S.D.C. S.D.N.Y. CASHIER

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for SIEMENS BUILDING TECHNOLOGIES, INC. states that:

1.    Siemens Building Technologies, Inc. is a wholly owned subsidiary of Siemens Corporation.

2.    Siemens Corporation is a wholly owned subsidiary of Siemens AG, which is publicly traded in Germany and traded via American Depositary Receipts in the United States.

                        Respectfully Submitted.

                  LITTLETON JOYCE UGHETTA & PARK LLP

                  By: _____
                      Bruce Ainbinder (Bar Number BA-8580)
                      Attorneys for
                      SIEMENS BUILDING TECHNOLOGIES, INC.
                      39 Broadway, 34th Floor
                      New York, New York 10006
                      (212) 404-5777