PX103-009828-01; 49578/ADC 1B
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────x

GARY BECKMAN,

                              Plaintiff,                    Case No. 07 CV 3356(PKC)(FM)
                                                                        ECF Case

        -against-                            **NOTICE OF APPEARANCE**

SIEMENS BUILDING TECHNOLOGIES, INC.,

                              Defendants.
───────────────────────────────────x

        **PLEASE TAKE NOTICE,** that the defendant SIEMENS BUILDING

TECHNOLOGIES, INC. appear in this action, and that we are incoming attorneys for the said

defendant, and we demand that all future papers in this action be served on us at our office, One

Battery Park Plaza, New York, New York 10004.

Dated:  New York, New York
            June 8, 2007                       Yours etc.,

                                                  BY:   __x_____
                                                            DOREEN J. CORREIA (DJC/3075)
                                                            Associated with the Law Offices
                                                            ROBIN, HARRIS, KING, FODERA
                                                            & RICHMAN
                                                            Incoming Attorneys for Defendants
                                                           SIEMANS BUILDING TECHNOLOGIES, INC.
                                                           One Battery Park Plaza
                                                           30th Floor
                                                           New York, New York 10004
                                                          (212) 487-9701

TO:    PERECMAN & FANNING, PLLC.
         Attorneys for Plaintiff
         250 West 57th Street-Suite 401
         New York, New York 10107
         (212) 977-7033

LITTLETON JOYCE UGHETTA & PARK  LLP
Outgoing Attorneys for Defendant
SIEMANS BUILDING TECHNOLOGIES, INC.
39 Broadway, 34th Floor
New York, New York  10006
(212) 404-5777