PX103-009828-01; 49578/ADC 1B
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

GARY BECKMAN,

Plaintiff,

-against-

SIEMENS BUILDING TECHNOLOGIES, INC.,

Defendants.

---------------------------------------------------------------- x

Case No. 07 CV 3356(PKC)(FM)
ECF Case

**STIPULATION OF SUBSTITUTION OF ATTORNEYS**

**IT IS HEREBY CONSENTED AND AGREED TO BY THE PARTIES** that **Robin, Harris, King, Fodera & Richman** located at One Battery Park Plaza, 30th Floor, New York, NY 10004 be substituted as attorneys of record for the defendant, Siemens Building Technologies, Inc. in the above-entitled action, in place of **Littleton Joyce Ughetta & Park LLP**, as of the date thereof.

Dated: New York, New York
June 8, 2007

By: ____________________
Doreen J. Correia (DJC3075)
Robin, Harris, King, Fodera & Richman
Incoming Attorneys for Defendant
Siemens Building Technologies, Inc.
One Battery Park Plaza, 30th Floor
New York, NY 10004
(212) 487-9701

____________________
Siemens Building Technologies, Inc.
By: Noe G. Bermudez
Assistant Secretary

By: ____________________
Bruce Ainbinder (BA/8580)
Littleton Joyce Ughetta & Park LLP
Former Attorneys for Defendant
Siemens Building Technologies, Inc.
39 Broadway, 34th floor
New York, New York 10006
(212) 404-5777

____________________
So Ordered