JUN. 20. 2007  1:30PM                                                          NO. 2178   P. 2

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-21-07
```

PX103-009828-01 218A-49578-1B DJC
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARY BECKMAN,                                   STIPULATION OF DISMISSAL
                                                WITHOUT PREJUDICE
                    Plaintiff(s),               TO RENEW ACTION IN STATE
                                                COURT
-against-
                                                DOCKET NO: 07 CV 03356 (PKC)
SIEMENS BUILDING TECHNOLOGIES, INC.,            (FM)
                                                ECF CASE
                    Defendant(s).
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the plaintiff and the defendant, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without prejudice to bring an action in the Supreme Court, Bronx County, without costs to either party as against the other. Plaintiff shall pay the fees to commence the action in State Court. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       June 14, 2007

By: _____          By: _____
Cyril Baines (CB       )               Doreen Gorfeia (DJG 3075)
Perecman & Fanning, PLLC               Robin, Harris, King, Federa
Attorneys for Plaintiff                & Richman
The Fisk Building                      Attorneys for Defendant
250 West 57th Street                   One Battery Park Plaza
New York, NY 10107                     30th Floor
(212)977-7033                          New York, NY 10004-1437
                                       212-487-9701

_____
     So Ordered     6-21-07